RECEIVED
JUL 1 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/11/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **CHRISTOPHER M. EDWARDS** | **CIVIL ACTION NO. 06-0878** |
| VS. | SECTION P |
| **RYAN STEPHENS, ET AL.** | **CHIEF JUDGE HAIK** |
| | **MAGISTRATE JUDGE METHVIN** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as time-barred and therefore frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 11th day of August, 2006.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE