RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _1-29-07_

UNITED STATES DISTRICT COURT
WESTERN-DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

CHRISTOPHER M. EDWARDS        CIVIL DOCKET NO.: 06-0878

VS.                           JUDGE RICHARD T. HAIK, SR.

RYAN STEPHENS, ETAL

### ORDER

This Court has certified that Mr. Edward's appeal is not taken in good faith(Doc.#15) under 28 U.S.C. ' 1915(a)(3) and Fed. R. App. P. 24(a)(3). The applicant may challenge this finding pursuant to Baugh v. Taylor, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed in forma pauperis on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order. The cost to file a motion to proceed on appeal with the Fifth Circuit is calculated below, and if the appellant moves to proceed on appeal in forma pauperis, the prison authorities will be directed to collect the fees as calculated in this order.

Christopher M. Edwards is assessed an initial partial fee of $37.18 . The agency having custody of the prisoner shall collect this amount from the trust fund account or institutional equivalent, when funds are available, and forward it to the clerk of the district court.

Thereafter, the prisoner shall pay $417.82, the balance of the filing fees, in periodic installments. The appellant is required to make payments of 20% of the preceding months income credited to the appellants prison account until appellant has paid the total filing fee of $455.00. The agency having custody of the prisoner shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. ' 1915(b)(2), and forward it to the clerk of the district court.

If the appellant moves to proceed on appeal in forma pauperis, the clerk shall mail a copy of this order to the inmate accounting office or other person(s) or entity with responsibility for collecting and remitting to the district court interim filing payments on behalf of prisoners, as designated by the facility in which the prisoner is currently or subsequently confined.

THUS DONE AND SIGNED in Lafayette, Louisiana, on the 26th day of January, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA